COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                        NO. 2-09-164-CV

NO. 2-09-182-CV

 

IN RE DOUGLAS M. BRANDON                                                 RELATOR

 

                                              ------------

                                    ORIGINAL
PROCEEDING

                                              ------------

                                MEMORANDUM
OPINION[1]

                                              ------------

The
court has considered relator=s
petitions for writ of mandamus and is of the opinion that relief should be
denied.  Accordingly, relator=s
petitions for writ of mandamus are denied.

 

PER CURIAM

 

 

PANEL: 
CAYCE, C.J.; DAUPHINOT and MEIER, JJ.

    (MEIER, J., not participating)

 

DELIVERED: 
July 17, 2009  

 











     [1]See
Tex. R. App. P. 47.4.